No. 1054. Christofalos v. Immigration and Naturalization Service. C. A. 7th Cir. Certiorari denied. Nathan T. Notkin for petitioner. Solicitor General Marshall, Assistant Attorney General Vinson and Beatrice Rosenberg for respondent.

No. 1068. Seiferth et al. v. St. Louis Southwestern Railway Co. C. A. 7th Cir. Certiorari denied. Louis P. Miller for petitioners. Ralph D. Walker for respondent.

No. 1131. Peters et al. v. Bounougias. C. A. 7th Cir. Certiorari denied. Sidney Z. Karasik and Charles Wolff for petitioners.

No. 959. Albergo v. Reading Co. C. A. 3d Cir. Certiorari denied. Mr. Justice Black would grant the petition for a writ of certiorari and reverse the judgment. Mr. Justice Douglas would grant the petition for a writ of certiorari and reverse the judgment below on authority of Rogers v. Missouri Pacific R. Co., 352 U. S. 500. James E. Beasley for petitioner. John R. McConnell and William J. Taylor for respondent.

No. 1024. Dillard v. Dillard. Sup. Ct. Ore. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. George W. Mead for petitioner.

No. 996, Misc. Lee et al. v. Florida. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. Phillip A. Hubbart for petitioners. Earl Faircloth, Attorney General of Florida, and Stanley D. Kupiszewski, Jr., Assistant Attorney General, for respondent.